Christopher M. **HUTCHINSON,**
Petitioner–Appellant,

v.

Alton **BASKERVILLE, Warden PCC, Virginia Parole Board,**
Respondent–Appellee.

No. 00–7306.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

Brent Alan Jackson, Jackson, Pickus & Associates, P.C., Richmond, VA, for appellant. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Christopher M. Hutchinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district

court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Hutchinson v. Baskerville,* No. CA–99–1675–AM (E.D.Va. Aug. 10, 2000); *see Warren v. Baskerville,* 233 F.3d 204, 206–08 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*